IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| KIMBERLY-CLARK CORP.<br><br>PLAINTIFF,<br><br>v.<br><br>SEA STAR LINE, LLC, SALTCHUK RESOURCES, INC., TOTEM OCEAN TRAILER EXPRESS, INC., CROWLEY MARITIME CORPORATION, CROWLEY LINER SERVICES, INC., AND LEONARD SHAPIRO,<br><br>DEFENDANTS. | Case No. 2:12-cv-01046<br><br>**VOLUNTARY DISMISSAL OF DEFENDANTS CROWLEY MARITIME CORPORATION AND CROWLEY LINER SERVICES, INC.** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kimberly-Clark Corporation voluntarily dismisses with prejudice Defendants Crowley Maritime Corporation and Crowley Liner Services, Inc. from the above-titled action, with each party bearing its own attorneys' fees and costs. Plaintiff is not dismissing its Complaint against the remaining Defendants in this action- Sea Star Line, LLC, Saltchuk Resources, Inc., Totem Ocean Trailer Express, Inc., and Leonard Shapiro.

BARNWELL WHALEY PATTERSON &
HELMS, LLC

/s/ John A. Jones
John A. "Jay" Jones, Fed. ID 73091
885 Island Park Drive (29492)
P.O. Drawer H

{Client Matter\001377\0030\SET\00374133.DOC}

Charleston, SC 29402-0197
Tel: (843) 577-7700
Fax: (843) 577-7708
jjones@barnwell-whaley.com

**BRYAN CAVE, LLP**

G. Patrick Watson (*pro hac vice*)
One Atlantic Center – 14th Fl.
1201 W. Peachtree St. NW
Atlanta, Georgia 30309
Tel: (404) 572-6600
Fax: (404) 572-6999
Patrick.Watson@bryancave.com

*Counsel for Plaintiff Kimberly-Clark Corporation*

August 7th, 2012
Charleston, South Carolina

{Client Matter\001377\0030\SET\00374133.DOC}