**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| KIMBERLY-CLARK CORP., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action |
| v. | ) | No. 2:12-cv-1046-CWH |
| | ) | |
| SEA STAR LINE, LLC, SALTCHUK | ) | |
| RESOURCES, INC., TOTEM OCEAN TRAILER | ) | |
| EXPRESS, INC., AND LEONARD H. SHAPIRO, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Kimberly-Clark Corp. voluntarily dismisses this action without prejudice.

Dated this 29th day of October, 2012, at Charleston, South Carolina.

Respectfully submitted,

/s/ John A. "Jay" Jones_____
John A. "Jay" Jones
Federal ID 09479
Barnwell Whaley Patterson & Helms LLC
Post Office Drawer H
Charleston, SC  29402
885 Island Park Drive (29492)
(843) 577-7700
(843) 577-7708 (fax)

G. Patrick Watson
Georgia Bar No. 741226
**BYRAN CAVE LLP**
One Atlantic Center – 14th Fl.
1201 W. Peachtree St. NW
Atlanta, Georgia 30309
Tel:    (404) 572-6600

Fax:     (404) 572-6999
Patrick.Watson@bryancave.com

*Counsel for Plaintiff Kimberly-Clark Corporation*

## CERTIFICATE OF SERVICE

The undersigned certifies that he served the foregoing Notice of Voluntary Dismissal by causing a copy to be filed with the Clerk of Court, per Local Rules, which will be available for viewing and downloading via the CM/ECF system, and by sending a copy via email to all counsel of record this 29th day of October, 2012.

/s/ John A. "Jay" Jones_____
John A. "Jay" Jones
Federal ID 09479
Barnwell Whaley Patterson & Helms LLC
Post Office Drawer H
Charleston, SC  29402
885 Island Park Drive (29492)
(843) 577-7700
(843) 577-7708 (fax)

*Counsel for Plaintiff Kimberly-Clark Corp.*